# IN THE UNITED STATES DISTRICT COURT
## FOR THE EASTERN DISTRICT OF PENNSYLVANIA

JESSE CALLOWAY IV,                          :
ADMINISTRATOR FOR                           :
CALLOWAY ESTATE TRUST,                      :
    Plaintiff,                              :
                                            :
v.                                          :    **CIVIL ACTION NO. 25-3633**
                                            :
PHILADELPHIA                                :
PARKING AUTHORITY, *et al.*,                :
    Defendants.                             :

## ORDER

**AND NOW**, this 4th day of September, 2025, in light of Plaintiff's failure to comply with the Court's Order entered on July 21, 2025 (Doc. No. 5),[1] it is **ORDERED** as follows:

    1.  Plaintiff's case is **DISMISSED WITHOUT PREJUDICE** for failure to prosecute.

    2.  The Clerk of Court is **DIRECTED** to **CLOSE** this case.

**IT IS SO ORDERED.**

                */s/ Karen Spencer Marston*
                KAREN SPENCER MARSTON, J.

---

[1] On July 21, 2025, the Court entered an Order, directing Plaintiff to (a) have licensed counsel enter an appearance on behalf of the Calloway Estate Trust and (b) pay the required fees to the Clerk of Court within 21 days of the Order.  (Doc. No. 5 at 2.)  The Order further warned that if Plaintiff failed to comply with the Order, "the case may be dismissed without further notice for failure to prosecute."  (*Id.*)